No. 94–5977. AZUBUKO *v.* COMMISSIONER OF PARKING, CITY OF BOSTON, ET AL., *ante,* p. 983. Motion for leave to file petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

### JANUARY 24, 1995

No. 94–7770 (A–547). EDMONDS *v.* JABE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

### JANUARY 26, 1995

No. 94–6615. THOMPSON *v.* KEOHANE, WARDEN, ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1126.] Motion for appointment of counsel granted, and it is ordered that Julie R. O'Sullivan, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

### JANUARY 30, 1995

No. 94–7851 (A–556). WILLIAMS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.